JAMES SANCHEZ, City Attorney (SBN 116356)
**BRETT M. WITTER, Supervising Deputy City Attorney (SBN 168340)**
BWitter@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA  95814-2608
Telephone:  (916) 808-5346
Telecopier:  (916) 808-7455

Attorneys for the CITY OF SACRAMENTO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FEYH, on behalf of himself and all similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SACRAMENTO,<br><br>Defendant. | Case No.:  2:16-cv-01274-TLN-EFB<br><br>**ORDER GRANTING CITY OF SACRAMENTO'S REQUEST FOR ORDER TO SEAL DOCUMENT NO. 98, PROOF OF SERVICE NOTICE TO POTENTIAL COLLECTIVE ACTION MEMBERS (VIA U.S. MAIL)** |

    Based on the City of Sacramento's request, and good cause appearing therefore,

    IT IS HEREBY ORDERED that:

    1.    The interest in maintaining the confidentiality of the document outweighs the public's interest in disclosing the information, and there is no legitimate public interest in the disclosure of the confidential information contained within it.

    2.    The COURT hereby grants a protective order sealing Defendant's Proof of Service (identified in the Court's Docket as document number 98).

///

IT IS SO ORDERED.

Dated: January 4, 2017

_____
Troy L. Nunley
United States District Judge